Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
Mahna Pourshaban, Bar No. 13743
mahna.pourshaban@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*Smart & Final LLC, and*
*Smart & Final Stores*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISABELLE CEBALLOS,<br><br>Plaintiffs,<br><br>v.<br><br>SMART & FINAL STORES, a California Corporation; SMART & FINAL STORES, LLC, a California Limited Liability Company, DOES I-X, inclusive and ROES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02626-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT SMART FINAL STORES, INC. AND EXTEND TIME FOR DEFENDANT SMART & FINAL STORES LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>ECF No. 5, 6 |

Defendants SMART & FINAL STORES, INC. and SMART & FINAL STORES, LLC, ("Defendants"), by and through their counsel of record, and Plaintiff ISABELLE CEBALLOS ("Plaintiff"), by and through her counsel of record, hereby stipulate and agree to dismiss Defendant Smart & Final Stores, Inc without prejudice as it was never Plaintiff's employer and has no interest in this case. Smart & Final Stores, LLC was Plaintiff's employer and will remain a defendant in this case.

The Parties also stipulate and agree to extend the time for Defendant Smart & Final Stores, LLC to file a responsive pleading to Plaintiff's Complaint for two weeks from December 4, 2017 up to and including December 18, 2017. Defense counsel was recently retained in this matter and needs additional time to investigate the claims asserted in the Complaint to prepare a responsive pleading.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 1st day of December, 2017.

| | |
|---|---|
| E. BRENT BRYSON, P.C. | JACKSON LEWIS P.C. |
| /s/E. Brent Bryson<br>E. Brent Bryson, Esq.<br>7730 West Sahara Ave., Suite 109<br>Las Vegas, Nevada 89117<br>*Attorney for Plaintiff* | /s/Mahna Pourshaban<br>Deverie J. Christensen, Bar #6596<br>Mahna Pourshaban, Bar #13743<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorney for Defendant*<br>*Smart & Final LLC and*<br>*Smart & Final Stores* |

## **ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
December 4, 2017

4832-3470-6007, v. 1