Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
Mahna Pourshaban, Bar No. 13743
mahna.pourshaban@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*Smart & Final Stores LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISABELLE CEBALLOS,<br><br>Plaintiffs,<br><br>v.<br><br>SMART & FINAL STORES, LLC, a California Limited Liability Company, DOES I-X, inclusive and ROES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02626-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant SMART & FINAL STORES, LLC, ("Defendant"), by and through its counsel of record, and Plaintiff ISABELLE CEBALLOS ("Plaintiff"), by and through her counsel of record, hereby stipulate and agree to extend the time for Plaintiff to file a First Amended Complaint which has a current deadline of February 8, 2018, for two weeks up to and including February 22, 2018.

The parties are requesting this extension because, since the hearing on January 29, the parties have been actively participating in settlement negotiations and anticipate that this case may be resolved without further litigation. In order to allow the parties time to conclude the settlement negotiations without incurring further fees and costs, the parties are requesting an extension of the deadline for Plaintiff to file a First Amended Complaint.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 8th day of February, 2018.

| | |
|---|---|
| E. BRENT BRYSON, P.C. | JACKSON LEWIS P.C. |
| */s/ E. Brent Bryson* <br> E. Brent Bryson, Esq. <br> 7730 West Sahara Ave., Suite 109 <br> Las Vegas, Nevada 89117 <br> *Attorney for Plaintiff* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> Mahna Pourshaban, Bar #13743 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorney for Defendant* <br> *Smart & Final Stores LLC* |

## **ORDER**

IT IS SO ORDERED February 9, 2018.

_____
U.S. District/Magistrate Judge

4840-4530-0572, v. 1