# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ISABELLE CEBALLOS,<br><br>Plaintiff,<br><br>v.<br><br>SMART & FINAL STORES, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-02626-JAD-CWH<br><br>**ORDER** |

Presently before the court is the parties' Stipulation and Order to Continue Hearing on Motion to Withdraw as Counsel of Record (ECF No. 28), filed on June 18, 2018. The court finds good cause exists to continue the hearing.

IT IS THEREFORE ORDERED that the parties' Stipulation and Order to Continue Hearing on Motion to Withdraw as Counsel of Record (ECF No. 28) is GRANTED.

IT IS FURTHER ORDERED that the oral argument on the Motion to Withdraw as Counsel of Record (ECF No. 25) is rescheduled to July 5, 2018 at 10:30 a.m., in Las Vegas Courtroom 3C, before Magistrate Judge Carl W. Hoffman.

DATED: June 20, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE