# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| ISABELLE CEBALLOS, | Case No. 2:17-cv-02626-JAD-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| SMART & FINAL STORES, LLC, | |
| Defendant. | |

Presently before the court is plaintiff's motion for an extension of time to retain counsel (ECF No. 34), filed on July 30, 2018. Defendant filed a response (ECF No. 35) on August 13, 2018. The court imposed a deadline of July 30, 2018 for plaintiff to retain new counsel, and for that counsel to file appropriate notice with the court. (ECF No. 33.) Plaintiff now requests an extension of that deadline to continue her search for new legal representation. (ECF No. 34.) Defendants do not object to plaintiff's request, but propose that the court limit the extension to an additional 30 days. (ECF No. 35.) Given that defendants do not oppose plaintiff's motion, the court will grant plaintiff's motion to extend the deadline. The deadline for plaintiff to retain new counsel, and for that counsel to file notice with the court, is extended to September 4, 2018.

IT THEREFORE ORDERED that plaintiff's motion for an extension of time to retain new counsel (ECF No. 34) is GRANTED.

IT IS FURTHER ORDERED that plaintiff has until September 4, 2018 to retain new counsel and for that counsel to file notice with the court.

IT IS FURTHER ORDERED that by September 11, 2018 the parties must submit a joint status report concerning the status of discovery.

DATED: August 20, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE