Deverie Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*
*Smart & Final Stores LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISABELLE CEBALLOS,<br><br>Plaintiffs,<br><br>v.<br><br>SMART & FINAL STORES, LLC, a California Limited Liability Company, DOES I-X, inclusive and ROES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02626-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 43 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective

///
///
///
///
///
///

counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 8th day of April, 2019.

PLAINTIFF IN PROPER PERSON

_____
Isabelle Ceballos
2111 Keller Court
North Las Vegas, Nevada 89032

*Plaintiff In Proper Person*
*Isabelle Ceballos*

JACKSON LEWIS P.C.

_____
Deverie J. Christensen, Bar #6596
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorney for Defendant*
*Smart & Final LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 43]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 10, 2019